Brandy Thompson Cody SBN 196923
Email: bcody@fisherphillips.com
Fisher & Phillips
4747 Executive Dr Ste 1000
San Diego, CA 92121-3113
Phone Number: (858) 597-9600
Fax Number: (858) 597-9601

Sean F. Daley, State Bar No. 272493
Email: sdaley@fisherphillips.com
FISHER & PHILLIPS LLP
444 S Flower Street, Suite 1500
Los Angeles, CA 90071-2957
Telephone: (213) 330-4500
Facsimile: (213) 330-4501

Attorneys for Defendant
FEDEX GROUND PACKAGE SYSTEM, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MICHELLE HINDS, an individual, and TYRONE POWELL, an individual, on behalf of themselves individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., a Delaware corporation; and BAY RIM SERVICES, INC., a California corporation,<br><br>Defendants. | Case No. 4:18-cv-01431-JSW (AGT)<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL**<br><br><br><br>Action Filed: March 5, 2018<br>FAC Filed: May 10, 2018 |

PLEASE TAKE NOTICE that the following attorneys are no longer counsel of record for Defendant FEDEX GROUND PACKAGE SYSTEM, INC. in the above-captioned matter:

Christopher M. Ahearn, State Bar No. 239089
Email: cahearn@fisherphillips.com
FISHER & PHILLIPS LLP
2050 Main Street, Suite 1000
Irvine, CA 92614
Telephone: (949) 851-2424
Facsimile: (949) 851-0152

Please remove Mr. Ahearn only from the Court's record and ECF service list.

All pleadings, discovery, correspondence, and other materials should be served upon Brandy T. Cody, Albert C. Lin, Hassan Ahmad Aburish, James C. Fessenden, Kristina Vvena Buan, Myngoc T. Nguyen, and Sean F. Daley of Fisher & Phillips LLP at the addresses indicated in the Court's record and ECF service list.

Dated:  June 11, 2021                                 Respectfully submitted,

                                                      FISHER & PHILLIPS LLP


                                                By:    /s/ Brandy T. Cody
                                                      BRANDY T. CODY
                                                      SEAN F. DALEY

                                                      Attorneys for Defendant
                                                      FEDEX GROUND PACKAGE SYSTEM, INC.