1  **LAW OFFICES OF RONALD A. MARRON**
   Ronald A. Marron (SBN 175650)
2  *ron@consumeradvocates.com*
   Michael T. Houchin (SBN 305541)
3  *mike@consumeradvocates.com*
   Lilach Halperin (SBN 323202)
4  *lilach@consumersadvocates.com*
   651 Arroyo Drive
5  San Diego, CA  92103
   Tel: (619) 696-9006 / Fax: (619) 564-6665
6
   **COHELAN KHOURY & SINGER**
7  Timothy D. Cohelan (SBN 60827)
   *tcohelan@ckslaw.com*
8  Isam C. Khoury (SBN 58759)
   *ikhoury@ckslaw.com*
9  J. Jason Hill (SBN 179630)
   *jhill@ckslaw.com*
10 605 C Street, Suite 200
   San Diego, California 92101
11 Tel: (619) 595-3001 / Fax: (619) 595-3000

12 **AIMAN-SMITH & MARCY**
   Joseph Clapp (SBN 99194)
13 *jc@asmlawyers.com*
   7677 Oakport Street, Suite 1150
14 Oakland, CA 94621
   Tel: (510) 590-7115 /Fax: (510) 562-6830
15

16 *Attorneys for Plaintiffs and the Proposed Class*

17                  UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
18

| | |
|---|---|
| 19  MICHELLE HINDS, an individual, and TYRONE POWELL, an individual, on behalf of themselves individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., a Delaware corporation; and BAY RIM SERVICES, INC., a California corporation,<br><br>Defendants. | Case No: 4:18-cv-01431-JSW (AGT)<br><br>**JOINT STIPULATION TO CONTINUE JULY 2, 2021 HEARING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>**Re: Dkt. Nos. 113 and 162** |

| | |
|---|---|
| 1 | **FISHER & PHILLIPS LLP** |
| 2 | Brandy Thompson Cody (SBN 196923) |
|   | *bcody@fisherphillips.com* |
| 3 | 4747 Executive Drive, Suite 1000 |
|   | San Diego, CA 92121 |
| 4 | Tel: (858) 597-9600/Fax: (858) 597-9601 |
| 5 | **FISHER & PHILLIPS LLP** |
|   | Sean F. Daley (SBN 272493) |
| 6 | 444 S Flower Street, Suite 1500 |
|   | Los Angeles, CA 90071-2957 |
| 7 | Tel: (213) 330-4500 / Fax: (213) 330-4501 |
| 8 | ***Counsel for FedEx Ground Package System*** |
| 9 | **FARWELL RASHKIS, LLP** |
|   | Craig B. Rashkis (SBN 213468) |
| 10 | Stephen A. Horner (SBN 292971) |
| 11 | *steve@farwellrashkis.com* |
|   | 223 West Main Street, Suite B |
| 12 | Los Gatos, CA 95030 |
|   | Tel: (408) 399-0505 / Fax: (408) 399-4321 |
| 13 | |
| 14 | ***Counsel for Bay Rim Services, Inc.*** |

*Hinds v. FedEx Ground Package System, Inc.,* Case No. 4:18-CV-01431-JSW (AGT)
Stipulation to Continue Hearing on Plaintiffs' Motion for Class Certification

1  Plaintiffs Michelle Hinds and Tyrone Powell ("Plaintiffs") and Defendants FedEx Ground Package System, Inc. ("FedEx Ground") and Bay Rim Services, Inc. ("Bay Rim") (hereinafter "Defendants") (collectively referred to as the "Parties"), by and through their counsel of record, jointly stipulate to and respectfully request that this Court enter an order continuing the hearing on Plaintiffs' Motion for Class Certification from July 2, 2021 to July 16, 2021 as follows:

The Court continued the hearing on Plaintiffs' Motion for Class Certification from June 18, 2021 to July 2, 2021 at 9:00 a.m. (Dkt. No. 162). All Parties are not available for hearing on that day.

Pursuant to the Court's Order, (Dkt. No. 162), the Parties have met and conferred and have stipulated to the following:

1. The hearing on Plaintiffs' Motion for Class Certification be continued from July 2, 2021 at 9:00 to July 16, 2021 at 9:00 a.m.

**IT IS SO STIPULATED.**

**LAW OFFICES OF RONALD A. MARRON, APLC**
**COHELAN KHOURY & SINGER**
**AIMAN-SMITH & MARCY**

Dated: June 23, 2021                By: s/ Ronald A. Marron
                                        Ronald A. Marron
                                    Attorneys for Plaintiffs Michelle Hinds and Tyrone Powell

**FISHER & PHILLIPS LLP**

Dated: June 23, 2021                By: s/ Brandy T. Cody
                                        Brandy T. Cody
                                    Attorneys for Defendant FedEx Ground Package System, Inc.

**FARWELL RASHKIS, LLP**

Dated: June 23, 2021                By: s/ Stephen A. Horner
                                        Stephen A. Horner
                                    Attorneys for Defendant Bay Rim Services, Inc.

**ATTESTATION REGARDING ELECTRONIC SIGNATURES**

I, Ronald A. Marron, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 23, 2021                    By: s/ Ronald A. Marron
                                            Ronald A. Marron
                                            Attorney for Plaintiffs Michelle Hinds and Tyrone Powell