UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE HINDS, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., et al.,<br><br>　　　　Defendants. | Case No. 18-cv-01431-JSW<br><br>**ORDER CONTINUING PRETRIAL, TRIAL AND RELATED DEADLINES**<br><br>Re: Dkt. No. 205 |

The Court has received and considered the parties' joint status report and GRANTS their request to continue the pretrial conference, trial, and all related deadlines.

If they do not resolve the matter at mediation, the parties shall submit a proposed stipulation by June 3, 2022, selecting new dates. The Court provides the parties with the following suggested dates:

October 3, 2022 Pretrial; October 19, 2022 Jury Selection; and October 24, 2022 Trial;

October 3, 2022 Pretrial; October 26, 2022 Jury Selection; and October 31, 2022 Trial; or

October 17, 2022 Pretrial; November 2, 2022 Jury Selection; and November 5, 2022 Trial.

**IT IS SO ORDERED**.

Dated: May 18, 2022

_____
JEFFREY S. WHITE
United States District Judge