| | |
|---|---|
| 1 | AIMAN-SMITH & MARCY<br>Joseph Clapp (SBN 99194) |
| 2 | jc@asmlawyers.com<br>7677 Oakport Street, Suite 1150 |
| 3 | Oakland, CA 94621<br>Tele: (510) 590-7115/Fax: (510) 562-6830 |
| 4 | [Additional Counsel listed on Following Page] |
| 5 | Attorneys for Plaintiffs MICHELLE HINDS & TYRONE POWELL |
| 6 | WHEELER TRIGG O'DONNELL LLP |
| 7 | Jessica G. Scott, *appearing pro hac vice*<br>Email: scott@wtotrial.com |
| 8 | Andrew Myers, *appearing pro hac vice*<br>Email: myers@wtotrial.com |
| 9 | 370 Seventeenth Street, Suite 4500<br>Denver, CO 80202-5647 |
| 10 | Telephone: (303) 244-1800<br>Facsimile: (303) 244-1879 |
| 11 | [Additional Counsel listed on Following Page] |
| 12 | Attorneys for Defendant FEDEX GROUND PACKAGE SYSTEM, INC. |
| 13 | FARWELL RASHKIS, LLP |
| 14 | James D. Farwell (SBN 237511)<br>Bonnie J. Wolf (SBN 284872) |
| 15 | bonnie@farwellrashkis.com<br>FARWELL RASHKIS, LLP |
| 16 | 223 W. Main St., Suite B<br>Los Gatos, CA 95030 |
| 17 | Telephone: ( 408) 399-0505 |
| 18 | Attorneys for Defendant, BAY RIM SERVICES, INC. |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE HINDS, an individual, and TYRONE POWELL, an individual, on behalf of themselves individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., a Delaware corporation; and BAY RIM SERVICES, INC. a California corporation,<br><br>Defendants. | Case No. 4:18-cv-01431-JSW (AGT)<br><br>**JOINT STIPULATION SELECTING NEW TRIAL DATE**<br><br>Action Filed: March 5, 2018<br>SAC Filed: June 10, 2019 |

| | |
|---|---|
| 1 | LAW OFFICES OF RONALD A. MARRON, APLC |
| | Ronald A. Marron (SBN 175650) |
| 2 | ron@consumersadvocates.com |
| | Michael T. Houchin (SBN 305541) |
| 3 | mike@consumersadvocates.com |
| | Lilach Halperin (SBN 323202) |
| 4 | lilach@consumersadvocates.com |
| | 651 Arroyo Drive |
| 5 | San Diego, CA 92103 |
| | Tele: (619) 696-9006/Fax: (619) 564-6665 |
| 6 | |
| | COHELAN KHOURY & SINGER |
| 7 | Timothy D. Cohelan (SBN 60827) |
| | tcohelan@ckslaw.com |
| 8 | Isam C. Khoury (SBN 58759) |
| | ikhoury@ckslaw.com |
| 9 | J. Jason Hill (SBN 179630) |
| | jhill@ckslaw.com |
| 10 | 605 C Street, Suite 200 |
| | San Diego, CA 92101 |
| 11 | Tele: (619) 595-3001/Fax: (619) 595-3000 |
| 12 | Attorneys for Plaintiffs MICHELLE HINDS & TYRONE POWELL |
| 13 | FISHER & PHILLIPS LLP |
| | Brandy T. Cody, State Bar No. 196923 |
| 14 | bcody@fisherphillips.com |
| | 4747 Executive Dr., Ste. 1000 |
| 15 | San Diego, CA 92121-3113 |
| | Tele: (858) 597-9600/Fax: (858)597-9601 |
| 16 | |
| | Attorneys for Defendant FEDEX GROUND PACKAGE SYSTEM, INC. |

| | |
|---|---|
| 1 | Pursuant to the Court's May 18, 2022, Order Continuing Pretrial, Trial and Related |
| 2 | Deadlines (ECF No. 206), Plaintiffs Michelle Hinds and Tyrone Powell ("Plaintiffs"), |
| 3 | Defendant FedEx Ground Package System, Inc. ("FedEx Ground"), and Defendant Bay Rim |
| 4 | Services, Inc. ("Bay Rim") report that the court-ordered mediation that took place on May 26, |
| 5 | 2022, was not successful. |

Pursuant to the Court's May 18, 2022, Order Continuing Pretrial, Trial and Related Deadlines (ECF No. 206), Plaintiffs Michelle Hinds and Tyrone Powell ("Plaintiffs"), Defendant FedEx Ground Package System, Inc. ("FedEx Ground"), and Defendant Bay Rim Services, Inc. ("Bay Rim") report that the court-ordered mediation that took place on May 26, 2022, was not successful.

The parties therefore select from the Court's options the following:

October 3, 2022 Pretrial; October 19, 2022 Jury Selection; and October 24, 2022 Trial.

A proposed order is attached.

Respectfully submitted,

DATE: June 3, 2022     AIMAN-SMITH & MARCY

By: /s/ Joseph Clapp
Joseph Clapp
Attorney for Plaintiffs
MICHELLE HINDS & TYRONE POWELL

DATE: June 3, 2022     WHEELER TRIGG O'DONNELL LLP

By: /s/ Jessica G. Scott
Jessica G. Scott
Attorney for Defendant
FEDEX GROUND PACKAGE SYSTEM, INC.

DATE: June 3, 2022     FARWELL RASHKIS, LLP

By: /s/ Bonnie J. Wolf
Bonnie J. Wolf
Attorney for Defendant
BAY RIM SERVICES, INC.

**ECF ATTESTATION**

Pursuant to Civil L. R. 5-1(i) the filer attests that concurrence in the filing of this document has been obtained from each of the other signatories thereto.

Date: June 3, 2022     /s/ Jessica G. Scott

---

1
**JOINT STATUS REPORT**
*Hinds v. FedEx Ground Package System, Inc., et al., Case No. 18-cv-01431-JSW (AGT)*