# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MICHELLE HINDS, an individual, and TYRONE POWELL, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., a Delaware corporation; and BAY RIM SERVICES, INC., a California corporation,<br><br>Defendants. | Case No. 4:18-cv-01431-JSW (AGT)<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION SELECTING NEW TRIAL DATE**<br><br>Action Filed: March 5, 2018<br>FAC Filed: May 10, 2018 |

| | |
|---|---|
| 1 | Now before the Court for consideration is the Joint Stipulation Selecting New Trial |
| 2 | Date. The Court HEREBY APPROVES AND GRANTS the Joint Stipulation. |
| 3 | The pretrial conference will be held on October 3, 2022. Jury selection will occur on |
| 4 | October 19, 2022. Trial will begin on October 24, 2022. All other pretrial deadlines are reset |
| 5 | based on these new dates. |

**IT IS SO ORDERED**

Dated: _____ By: _____
HON. JEFFREY WHITE
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF CALIFORNIA