1  MICHAEL W. MALTER, Esq.  ID #96533
   JULIE H. ROME-BANKS, Esq.  ID #142364
2  Binder & Malter, LLP
   2775 Park Avenue
3  Santa Clara, CA 95050
   Telephone: (408)295-1700
4  Facsimile: (408) 295-1531

5  Attorneys for Debtor

6

7  **UNITED STATES DISTRICT COURT**

8  **NORTHERN DISTRICT OF CALIFORNIA**

9

| | |
|---|---|
| MICHELLE HINDS, an individual, and TYRONE POWELL, an individual, on behalf of themselves individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., a Delaware corporation; and BAY RIM SERVICES, INC., a California corporation;<br><br>Defendant. | Case Number:  4:18-cv-01431-JSW<br><br>NOTICE OF FILING OF CHAPTER 7 PROCEEDING AND NOTICE OF AUTOMATIC STAY OF ACTIONS |

NOTICE IS HEREBY GIVEN to Plaintiff that the Debtor, Bay Rim Services, Inc., has filed a Petition under Chapter 7 of the United States Bankruptcy Code on August 18, 2022, Case No. 22-50738-MEH.  Plaintiff is further given notice that Section 362 of said Code provides for an automatic stay of this action.

Dated: August 19, 2022                                          BINDER & MALTER, LLP

By:  /s/ Michael W. Malter
         MICHAEL W. MALTER
         Attorney for Debtor

# **CERTIFICATE OF SERVICE**

I, Blanca Garza, declare under penalty of perjury:

1. I am a citizen of the United States of America, employed in the County of Santa Clara, California. My business address is 2775 Park Avenue, Santa Clara, California 95050. I am over the age of 18 years and not a party to the above-entitled action. I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

2. I am familiar with Binder & Malter's practice whereby each document is placed in an envelope, the envelope is sealed, the appropriate postage is placed thereon and the sealed envelope is placed in the office mail receptacle. Each day the mail is collected and deposited in a United States postal mailbox at or before the closed of the business day.

3. On this date I served the following:

**NOTICE OF FILING OF CHAPTER 7 PROCEEDING AND
OF AUTOMATIC STAY OF ACTIONS AGAINST DEBTOR**

filed herein, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the designated area for outgoing mail at Santa Clara, California, which envelopes were addressed to those entities indicated below:

Aiman-Smith Marcy
Attn: Joseph Clapp
7677 Oakport St., Suite 1150
Oakland, CA 94621

Cohelan Khouryo & Singer
Attn: Timothy Cohelan
605 C Street, Suite 200
San Diego, CA 92101

Law Office of Ronald Marron
Attn: Ronald Marron
651 Arroyo Drive
San Diego, CA 92103

I declare that the foregoing is within my personal knowledge and that, if called upon as a witness, I could and would competently testify thereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief and that this declaration was executed at Santa Clara, California on August 19, 2022.

/s/ Blanca E. Garza
Blanca E. Garza