Brandy T. Cody, State Bar No. 196923
Email: bcody@fisherphillips.com
Amberly A. Morgan
Email: amorgan@fisherphillips.com
James C. Fessenden
email: jfessenden@fisherphillips.com
Fisher & Phillips LLP
4747 Executive Drive, Suite 1000
San Diego, CA 92121
Telephone: (858) 597-9600

Jessica G. Scott, *appearing pro hac vice*
Email: scott@wtotrial.com
Andrew H. Myers, *appearing pro hac vice*
Email: myers@wtotrial.com
WHEELER TRIGG O'DONNELL LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
Telephone: (303) 244-1800
Facsimile: (303) 244-1879

Attorneys for Defendant
FEDEX GROUND PACKAGE SYSTEM, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| MICHELLE HINDS, an individual, and TYRONE POWELL, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., a Delaware corporation; and BAY RIM SERVICES, INC., a California corporation,<br><br>Defendants. | Case No. 4:18-cv-01431-JSW (AGT)<br><br>**FEDEX GROUND'S NOTICE OF BANKRUPTCY COURT LIFTING AUTOMATIC STAY**<br><br>Action Filed: March 5, 2018<br>FAC Filed: May 10, 2018<br>Trial: October 24, 2022 |

| | |
|---|---|
| 1 | FedEx Ground provides this notice of update regarding ECF No. 212 (FedEx Ground's |
| 2 | Notice of Stipulation in Bankruptcy Court to Lift Automatic Stay). Attached as Exhibit A is the |
| 3 | bankruptcy court's Order Approving Stipulation Granting Relief from Automatic Stay. |
| 4 | The Order states: "The automatic stay of Bankruptcy Code Section 362(a) is hereby |
| 5 | modified to allow the action pending in the United States District Court for the Northern |
| 6 | District of California styled *Michelle Hinds and Tyrone Powell v. FedEx Ground Package Sys.,* |
| 7 | *Inc. and Bay Rim Services Inc.*, case number 3:18-cv-01431 (N.D. Cal.) (the 'Hinds action'), to |
| 8 | proceed in all respects and liquidate those parties' claims . . ." |

Dated: September 13, 2022	Respectfully submitted,

WHEELER TRIGG O'DONNELL LLP

By: */s/ Jessica G. Scott*
JESSICA G. SCOTT

Attorney for Defendant
FEDEX GROUND PACKAGE SYSTEM, INC.