AIMAN-SMITH & MARCY
Joseph Clapp (SBN 99194)
jc@asmlawyers.com
7677 Oakport Street, Suite 1150
Oakland, CA 94621
Tele: (510) 590-7115/Fax: (510) 562-6830

[Additional Counsel listed on Following Page]

Attorneys for Plaintiffs MICHELLE HINDS & TYRONE POWELL

WHEELER TRIGG O'DONNELL LLP
Jessica G. Scott, *appearing pro hac vice*
Email: scott@wtotrial.com
Andrew Myers, *appearing pro hac vice*
Email: myers@wtotrial.com
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
Telephone: (303) 244-1800
Facsimile: (303) 244-1879

[Additional Counsel listed on Following Page]

Attorneys for Defendant FEDEX GROUND PACKAGE SYSTEM, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MICHELLE HINDS, an individual, and TYRONE POWELL, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> FEDEX GROUND PACKAGE SYSTEM, INC., a Delaware corporation; and BAY RIM SERVICES, INC., a California corporation, <br><br> Defendants. | Case No. 4:18-cv-01431-JSW (AGT) <br><br> **JOINT STATEMENT REGARDING NOTICE OF FILING OF CHAPTER 7 PROCEEDING** <br><br><br> Action Filed: March 5, 2018 <br> FAC Filed: May 10, 2018 |

| | |
|---|---|
| 1 | LAW OFFICES OF RONALD A. MARRON, APLC |
|   | Ronald A. Marron (SBN 175650) |
| 2 | ron@consumersadvocates.com |
|   | Michael T. Houchin (SBN 305541) |
| 3 | mike@consumersadvocates.com |
|   | Lilach Halperin (SBN 323202) |
| 4 | lilach@consumersadvocates.com |
|   | 651 Arroyo Drive |
| 5 | San Diego, CA 92103 |
|   | Tele: (619) 696-9006/Fax: (619) 564-6665 |
| 6 |   |
|   | COHELAN KHOURY & SINGER |
| 7 | Timothy D. Cohelan (SBN 60827) |
|   | tcohelan@ckslaw.com |
| 8 | Isam C. Khoury (SBN 58759) |
|   | ikhoury@ckslaw.com |
| 9 | J. Jason Hill (SBN 179630) |
|   | jhill@ckslaw.com |
| 10 | 605 C Street, Suite 200 |
|    | San Diego, CA 92101 |
| 11 | Tele: (619) 595-3001/Fax: (619) 595-3000 |
| 12 | Attorneys for Plaintiffs MICHELLE HINDS & TYRONE POWELL |
| 13 | FISHER & PHILLIPS LLP |
|    | Brandy T. Cody, State Bar No. 196923 |
| 14 | bcody@fisherphillips.com |
|    | 4747 Executive Dr., Ste. 1000 |
| 15 | San Diego, CA 92121-3113 |
|    | Tele: (858) 597-9600/Fax: (858)597-9601 |
| 16 |   |
|    | Attorneys for Defendant FEDEX GROUND PACKAGE SYSTEM, INC. |

JOINT STATEMENT REGARDING NOTICE OF FILING OF CHAPTER 7 PROCEEDING
CASE NO. 4:18-cv-01431-JSW (AGT)

Plaintiffs Michelle Hinds and Tyrone Powell and Defendant FedEx Ground file this joint statement in response to the Court's order requesting views on whether the claims against FedEx Ground should be stayed pending Bay Rim's bankruptcy proceeding. (ECF No. 211.) On September 13, 2022, the bankruptcy court lifted the automatic stay. (*See* ECF No. 214.) This case can therefore proceed as currently scheduled.

Respectfully submitted,

DATE: September 15, 2022  AIMAN-SMITH & MARCY

By:  */s/ Joseph Clapp*
   Joseph Clapp
   Attorney for Plaintiffs
   MICHELLE HINDS & TYRONE POWELL

DATE: September 15, 2022  WHEELER TRIGG O'DONNELL LLP

By:  */s/ Jessica G. Scott*
   Jessica G. Scott
   Attorney for Defendant
   FEDEX GROUND PACKAGE SYSTEM, INC.

## ECF ATTESTATION

Pursuant to Civil L. R. 5-1(i) the filer attests that concurrence in the filing of this document has been obtained from each of the other signatories thereto.

Date: September 15, 2022    */s/ Jessica G. Scott*