AIMAN-SMITH & MARCY
Joseph Clapp (SBN 99194)
jc@asmlawyers.com
7677 Oakport Street, Suite 1150
Oakland, CA 94621
Tele: (510) 590-7115/Fax: (510) 562-6830

[Additional Counsel listed on Following Page]

Attorneys for Plaintiffs MICHELLE HINDS & TYRONE POWELL

Jessica G. Scott, *appearing pro hac vice*
Email: scott@wtotrial.com
Andrew H. Myers, *appearing pro hac vice*
Email: myers@wtotrial.com
WHEELER TRIGG O'DONNELL LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
Telephone: (303) 244-1800
Facsimile: (303) 244-1879

[Additional Counsel listed on Following Page]

Attorneys for Defendant
FEDEX GROUND PACKAGE SYSTEM, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MICHELLE HINDS, an individual, and TYRONE POWELL, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., a Delaware corporation; and BAY RIM SERVICES, INC., a California corporation,<br><br>Defendants. | Case No. 4:18-cv-01431-JSW (AGT)<br><br>**NEUTRAL STATEMENT OF THE CASE**<br><br><br>Action Filed: March 5, 2018<br>FAC Filed: May 10, 2018<br>Trial: October 24, 2022 |

LAW OFFICES OF RONALD A. MARRON, APLC
Ronald A. Marron (SBN 175650)
ron@consumersadvocates.com
Michael T. Houchin (SBN 305541)
mike@consumersadvocates.com
Lilach Halperin (SBN 323202)
lilach@consumersadvocates.com
651 Arroyo Drive
San Diego, CA 92103
Tele: (619) 696-9006/Fax: (619) 564-6665

COHELAN KHOURY & SINGER
Timothy D. Cohelan (SBN 60827)
tcohelan@ckslaw.com
Isam C. Khoury (SBN 58759)
ikhoury@ckslaw.com
J. Jason Hill (SBN 179630)
jhill@ckslaw.com
605 C Street, Suite 200
San Diego, CA 92101
Tele: (619) 595-3001/Fax: (619) 595-3000

Attorneys for Plaintiffs MICHELLE HINDS & TYRONE POWELL

FISHER & PHILLIPS LLP
Brandy T. Cody, State Bar No. 196923
bcody@fisherphillips.com
4747 Executive Dr., Ste. 1000
San Diego, CA 92121-3113
Tele: (858) 597-9600/Fax: (858)597-9601

Attorneys for Defendant FEDEX GROUND PACKAGE SYSTEM, INC.

1    This lawsuit was brought by Ms. Hinds and Mr. Powell (the "Plaintiffs") against Bay

2  Rim and FedEx Ground (the "Defendants"), claiming that both Bay Rim and FedEx Ground

3  employed them, and that both failed to provide rest and meal breaks, failed to pay overtime,

4  failed to provide proper wage statements, and failed to pay wages due on termination.

5    FedEx Ground provides package pickup, delivery, and information services to

6  businesses and residences throughout the United States by entering into contracts with

7  thousands of businesses called Service Providers. These Service Providers provide "first" and

8  "last" mile pickup and delivery services from homes and offices. There are approximately 580

9  Service Providers in California employing more than 20,000 individuals.

10    Plaintiffs Hinds and Powell worked as delivery drivers for one of these businesses, a

11  company named Bay Rim Services. At any given time, Bay Rim owned approximately 12

12  vehicles and employed approximately 11 drivers for the package pickup and delivery side of its

13  business. Bay Rim operated this business from 2014 until its contract expired in March of

14  2018.

15    Ms. Hinds worked for Bay Rim from July 2017 to February 2018. Mr. Powell worked

16  for Bay Rim from November 2017 to January 2018. There is no dispute in this case that

17  Ms. Hinds and Mr. Powell were employees of Bay Rim. But Ms. Hinds and Mr. Powell also

18  claim, and FedEx Ground denies, that FedEx Ground was also their employer—a "joint

19  employer."

20    You will be deciding the claims and defenses presented to you for decision as to both

21  Bay Rim and FedEx Ground.

22

23

24

25

26

27

28

Respectfully submitted,

DATE: September 16, 2022        AIMAN-SMITH & MARCY

By:  */s/ Joseph Clapp*
      Joseph Clapp
      Attorney for Plaintiffs
      MICHELLE HINDS & TYRONE POWELL

DATE: September 16, 2022        WHEELER TRIGG O'DONNELL LLP

By:  */s/ Jessica G. Scott*
      Jessica G. Scott
      Attorney for Defendant
      FEDEX GROUND PACKAGE SYSTEM, INC.

## ECF ATTESTATION

Pursuant to Civil L. R. 5-1(i) the filer attests that concurrence in the filing of this document has been obtained from each of the other signatories thereto.

Date: September 16, 2022        */s/ Jessica G. Scott*