1   AIMAN-SMITH & MARCY
Joseph Clapp (SBN 99194)
2   jc@asmlawyers.com
7677 Oakport Street, Suite 1150
3   Oakland, CA 94621
Tele: (510) 590-7115/Fax: (510) 562-6830

4   [Additional Counsel listed on Following Page]

5   Attorneys for Plaintiffs MICHELLE HINDS & TYRONE POWELL

6   Jessica G. Scott, *appearing pro hac vice*
Email: scott@wtotrial.com
7   Andrew H. Myers, *appearing pro hac vice*
Email: myers@wtotrial.com
8   WHEELER TRIGG O'DONNELL LLP
370 Seventeenth Street, Suite 4500
9   Denver, CO 80202-5647
Telephone: (303) 244-1800
10  Facsimile: (303) 244-1879

11  [Additional Counsel listed on Following Page]

12  Attorneys for Defendant
FEDEX GROUND PACKAGE SYSTEM, INC.

13

14              IN THE UNITED STATES DISTRICT COURT

15          FOR THE NORTHERN DISTRICT OF CALIFORNIA

16                     OAKLAND DIVISION

17

18  MICHELLE HINDS, an individual, and        Case No. 4:18-cv-01431-JSW (AGT)
    TYRONE POWELL, an individual,
19                                            **JOINT PROPOSED VOIR DIRE**
              Plaintiffs,                     **QUESTIONS**
20
        vs.
21
    FEDEX GROUND PACKAGE SYSTEM,
22  INC., a Delaware corporation; and BAY RIM
    SERVICES, INC., a California corporation,  Action Filed: March 5, 2018
23                                             FAC Filed: May 10, 2018
              Defendants.                      Trial: October 24, 2022
24

25

26

27

28

LAW OFFICES OF RONALD A. MARRON, APLC
Ronald A. Marron (SBN 175650)
ron@consumersadvocates.com
Michael T. Houchin (SBN 305541)
mike@consumersadvocates.com
Lilach Halperin (SBN 323202)
lilach@consumersadvocates.com
651 Arroyo Drive
San Diego, CA 92103
Tele: (619) 696-9006/Fax: (619) 564-6665

COHELAN KHOURY & SINGER
Timothy D. Cohelan (SBN 60827)
tcohelan@ckslaw.com
Isam C. Khoury (SBN 58759)
ikhoury@ckslaw.com
J. Jason Hill (SBN 179630)
jhill@ckslaw.com
605 C Street, Suite 200
San Diego, CA 92101
Tele: (619) 595-3001/Fax: (619) 595-3000

Attorneys for Plaintiffs MICHELLE HINDS & TYRONE POWELL

FISHER & PHILLIPS LLP
Brandy T. Cody, State Bar No. 196923
bcody@fisherphillips.com
4747 Executive Dr., Ste. 1000
San Diego, CA 92121-3113
Tele: (858) 597-9600/Fax: (858)597-9601

Attorneys for Defendant FEDEX GROUND PACKAGE SYSTEM, INC.

1.     Has anyone been a party to a lawsuit or have a close friend or family member who has been a party to a lawsuit?

    a.     Who was the party to the suit?

    b.     Were you/your family member/your friend the plaintiff or the defendant?

    c.     What was the case about?

    d.     What was the result?

2.     Has anyone ever filed a complaint against an employer?

3.     Has anyone ever felt you were unfairly denied pay, overtime, or benefits you believed you were entitled to?

4.     Has anyone ever felt that your employer did not provide appropriate rest or meal breaks?

5.     Has anyone ever felt unfairly required to work more than 40 hours in a week?

6.     Has anyone ever felt an employer manipulated your employment status to save the company money?

7.     Has anyone ever disputed your employment classification? For example, has anyone ever disputed that you were an employee?

    a.     Has anyone had an employer tell you that you were exempt from overtime pay when you believed or know you were entitled to overtime pay?

8.     Does anyone believe that employers routinely take unfair advantage of their employees?

9.     Has anyone ever had a negative experience with FedEx Ground?

10.    Does anyone hold a negative opinion of FedEx Ground?

11.    Does anyone hold negative opinions of large corporations, generally? For example, does anyone feel like most large corporations act unethically?

12.    Does anyone feel like they would have difficulty trusting the testimony of a witness who works for or represents a large corporation in a lawsuit?

13.    Does anyone have strong opinions about how large corporations treat their employees?

14.     Does anyone know someone who has worked as a driver for a delivery company, like UPS, Amazon, or Federal Express?

15.     Does anyone have any education, training, or experience in the legal field?

16.     Does anyone have any education, training, or experience with California labor laws?

17.     Has anyone ever worked in human resources before?

18.     Has anyone ever served on a jury before?

     a.     Has anyone ever served as the foreperson or presiding juror on a jury?

     b.     Did the jury reach a verdict?

19.     Does anyone feel that if a case makes it to trial it is probably a strong case?

20.     Has anyone ever been a member of a labor union?

21.     Has anyone worked as an independent contractor or worked for a business that was an independent contractor or independent service provider?

     a.     For those of you who have been independent contractors, did you have any negative experience?

22.     Does anyone hold negative opinions about companies that primarily rely on independent contractors or independent service providers for conducting a key aspect of the company's business?

     a.     Who has heard about "Gig" economies?

          i.     Does anyone hold negative opinions about Gig economies?

23.     Has anyone ever left a job due to poor working conditions?

24.     Has anyone felt retaliated against at any of your jobs?

25.     Where do you live?  How long have you lived there?

26.     Are you married?  Do you have children?

27.     What is your occupation?  Your spouse's occupation?

28.     What state were you born in?  When did you come to California?

29.     Have you or your spouse ever served in the military?  What branch?  In what capacity?  What rank or rate?

30.     Have you or your spouse ever served in law enforcement?  In what capacity?

31.     Have you ever worked for yourself?

32.     Have you or your spouse or children ever been employed by any of the FedEx companies?  By Bay Rim Services?

JOINT PROPOSED VOIR DIRE QUESTIONS
CASE NO. 4:18-cv-01431-JSW (AGT)

Respectfully submitted,

DATE: September 16, 2022         AIMAN-SMITH & MARCY

By:  */s/ Joseph Clapp*
Joseph Clapp
Attorney for Plaintiffs
MICHELLE HINDS & TYRONE POWELL

DATE: September 16, 2022         WHEELER TRIGG O'DONNELL LLP

By:  */s/ Jessica G. Scott*
Jessica G. Scott
Attorney for Defendant
FEDEX GROUND PACKAGE SYSTEM, INC.

## ECF ATTESTATION

Pursuant to Civil L. R. 5-1(i) the filer attests that concurrence in the filing of this document has been obtained from each of the other signatories thereto.


Date: September 16, 2022                    */s/ Jessica G. Scott*