Joseph Clapp, Esq., SBN 99194
AIMAN-SMITH & MARCY
7677 Oakport Street, Suite 1150
Oakland, CA 94621
Telephone: (510) 590-7115/Facsimile: (510) 562-6830
Email: jc@asmlawyers.com

Ronald A. Marron, Esq.
Michael T. Houchin, Esq.
Lilach Halperin, Esq,
Kas L. Gallucci, Esq.
LAW OFFICES OF RONALD A. MARRON, APLC
651 Arroyo Drive
San Diego, CA 92103
Telephone: (619) 696-9006/Facsimile: (619) 564-6665
Email: ron@consumersadvocates.com
Email: michael@consumersadvocates.com
Email: lilach@consumersadvocates.com
Email: kas@consumersadvocates,com

Timothy D. Cohelan, Esq., SBN 60827
Isam C. Khoury, Esq., SBN 58759
J. Jason Hill, Esq., SBN 179630
COHELAN KHOURY & SINGER
605 C Street, Suite 200
San Diego, California 92101
Telephone: (619) 595-3001/Facsimile: (619) 595-3000
Email: tcohelan@ckslaw.com
Email: jkhoury@ckslaw.com
Email: jhill@ckslaw.com

Counsel for Plaintiffs and the Putative Class

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE HINDS, an individual, and TYRONE POWELL, an individual,<br><br>    Plaintiffs,<br><br>    vs.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., corporation; BAY RIM SERVICES, INC., a corporation; and Does 1 through 25, inclusive,<br><br>    Defendants. | Case No.: 3:18-cv-01431-JSW (AGT)<br><br>**Plaintiffs' Non-Opposition to FedEx Ground's *Motion in Limine* No. 2 (Unionization)**<br><br>Judge: Honorable Jeffrey S. White<br>Department: 5 |

Plf. Non-Opp to MIL No. 2 (Unionization)
*Hinds, et al. v. FedEx Ground Packaging System, et al.*        Case No. 18-cv-01431-JSW

Plaintiff does not oppose FedEx Ground's motion in limine no. 2 (unionization).

Dated: September 13, 2022

Respectfully submitted,

aiman-smith & marcy

_____/s/_____
Joseph Clapp, Esq.
Attorneys for Plaintiffs