UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE HINDS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., et al.,<br><br>    Defendants. | Case No. 18-cv-01431-JSW<br><br>**ORDER REGARDING TIMING OF HEARING ON MOTIONS IN LIMINE**<br><br>Re: Dkt. Nos. 217-218, 220-221 |

Defendant FedEx Ground Package System ("FedEx") has filed four motions in limine, two of which are unopposed, and it noticed those motions for a hearing on October 3, 2022 at 3:00 p.m. The Court will hear any argument on motions in limine during the pretrial conference scheduled at 2:00 p.m. on October 3, 2022. The parties shall notice any further motions in limine for 2:00 p.m. on October 3, 2022.

**IT IS SO ORDERED**.

Dated: September 16, 2022

_____
JEFFREY S. WHITE
United States District Judge