Brandy T. Cody, State Bar No. 196923
Email: bcody@fisherphillips.com
Amberly A. Morgan
Email: amorgan@fisherphillips.com
James C. Fessenden
email: jfessenden@fisherphillips.com
Fisher & Phillips LLP
4747 Executive Drive, Suite 1000
San Diego, CA 92121
Telephone: (858) 597-9600

Jessica G. Scott, *appearing pro hac vice*
Email: scott@wtotrial.com
Andrew H. Myers, *appearing pro hac vice*
Email: myers@wtotrial.com
WHEELER TRIGG O'DONNELL LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
Telephone: (303) 244-1800
Facsimile: (303) 244-1879

Attorneys for Defendant
FEDEX GROUND PACKAGE SYSTEM, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| MICHELLE HINDS, an individual, and TYRONE POWELL, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., a Delaware corporation; and BAY RIM SERVICES, INC., a California corporation,<br><br>Defendants. | Case No. 4:18-cv-01431-JSW (AGT)<br><br>**FEDEX GROUND'S PROPOSED, DISPUTED SPECIAL VERDICT FORMS**<br><br>Action Filed: March 5, 2018<br>FAC Filed: May 10, 2018<br>Trial: October 24, 2022 |

FedEx Ground submits the following proposed, disputed special verdict forms for the jury trial in this case:

  Appendix A: Special Verdict Form on All Claims (Excluding PAGA Claims)

  Appendix B: Special Verdict Form for PAGA Claims

  For the reasons detailed in FedEx Ground's Memorandum of Law in Opposition to Plaintiffs' Offered, Disputed Instructions (Section VII), Plaintiffs' PAGA claims should not be submitted to the jury but, instead, tried to the Court. FedEx Ground submits this separate PAGA special verdict form (Appendix B) solely to preserve its position on how the verdict form should be presented in the event the Court were to permit Plaintiffs' PAGA claims to go to the jury. FedEx Ground objects to PAGA claims for waiting time penalties and wage statement violations for the additional reasons detailed in FedEx Ground's Memorandum of Law in Opposition.

  Because Plaintiffs previously conceded they cannot pursue a PAGA claim based on purported overtime violations (by not opposing FedEx Ground's motion to strike that claim in any fashion), FedEx Ground does not submit a proposed special verdict form for that claim. If the Court permits Plaintiffs to revive their PAGA claim based on overtime violations and to present such a claim to the jury, FedEx Ground respectfully requests an opportunity to add questions related to that claim on its PAGA special verdict form at that time.

1
FEDEX GROUND'S PROPOSED, DISPUTED SPECIAL VERDICT FORMS
CASE NO. 4:18-CV-01431-JSW (AGT)

Dated: September 19, 2022

Respectfully submitted,

WHEELER TRIGG O'DONNELL LLP

By: */s/ Jessica G. Scott*
JESSICA G. SCOTT

Attorney for Defendant
FEDEX GROUND PACKAGE SYSTEM, INC.