UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE HINDS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., et al.,<br><br>    Defendants. | Case No. 18-cv-01431-JSW<br><br>**ORDER REQUIRING BRIEFING ON DISPUTED EXHIBITS**<br><br>Re: Dkt. Nos. 236-1 |

The Court has reviewed the parties' statements regarding disputed exhibits 4, 9, 44-49, and 67. The parties shall deliver chambers copies of these exhibits to the Court by September 28, 2022, and they shall submit a joint brief elaborating on the positions contained in their disputed exhibit list. With respect to the exhibits Plaintiffs claim were not produced until September 2022, the parties shall include the date on which an exhibit was produced. If Plaintiffs argue that any exhibit would have come within the scope of one of their discovery requests, they shall state which request they contend applies and the date it was served on FedEx.

**IT IS SO ORDERED**.

Dated: September 23, 2022

_____
JEFFREY S. WHITE
United States District Judge