UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE HINDS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., et al.,<br><br>    Defendants. | Case No. 18-cv-01431-JSW<br><br>**ORDER REQUIRING RESPONSES TO MOTION TO WITHDRAW AS COUNSEL AND VACATING HEARING DATE**<br><br>Re: Dkt. No. 257 |

Counsel for defendant Bay Rim Services, Inc. has filed a motion to withdraw as counsel, which is noticed for a hearing on Friday, October 14, 2022. The Court VACATES that hearing date and will resolve the motion on the papers. Plaintiffs and Defendant FedEx Ground Package System, Inc. shall file any opposition to the motion by 4:00 p.m. on Monday, October 17, 2022. Unless the Court requires a reply, it will deem the motion submitted at that time.

**IT IS SO ORDERED**.

Dated: October 13, 2022

_____
JEFFREY S. WHITE
United States District Judge