Jessica G. Scott, *appearing pro hac vice*
Email: scott@wtotrial.com
Michael T. Williams, *appearing pro hac vice*
Email: williams@wtotrial.com
Juan Ramirez, *appearing pro hac vice*
Email: ramirez@wtotrial.com
WHEELER TRIGG O'DONNELL LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
Telephone: (303) 244-1800
Facsimile: (303) 244-1879

Attorneys for Defendant
FEDEX GROUND PACKAGE SYSTEM, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MICHELLE HINDS, an individual, and TYRONE POWELL, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., a Delaware corporation; and BAY RIM SERVICES, INC., a California corporation,<br><br>Defendants. | Case No. 4:18-cv-01431-JSW (AGT)<br><br>**FEDEX GROUND'S RESPONSE TO FARWELL RASHKIS, LLP'S NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL OF RECORD**<br><br>Action Filed: March 5, 2018<br>FAC Filed: May 10, 2018<br>Trial: October 24, 2022 |

Pursuant to the Court's Order Requiring Responses to Motion to Withdraw as Counsel (ECF No. 258) regarding Farwell Rashkis, LLP's Notice of Motion and Motion to Withdraw as Counsel of Record (ECF No. 257), FedEx Ground files its response to the motion.

FedEx Ground takes no position on Farwell Rashkis, LLP's motion and defers to the Court's judgment.

Date: October 14, 2022

Respectfully submitted,

WHEELER TRIGG O'DONNELL LLP

By: /s/ *Jessica G. Scott*
Jessica G. Scott
Attorney for Defendant
FEDEX GROUND PACKAGE SYSTEM, INC.