AIMAN-SMITH & MARCY
Joseph Clapp (SBN 99194)
jc@asmlawyers.com
7677 Oakport Street, Suite 1150
Oakland, CA 94621
Tele: (510) 590-7115/Fax: (510) 562-6830

Attorney for Plaintiffs MICHELLE HINDS & TYRONE POWELL

WHEELER TRIGG O'DONNELL LLP
Jessica G. Scott, *appearing pro hac vice*
Email: scott@wtotrial.com
Michael T. Williams, *appearing pro hac vice*
Email: williams@wtotrial.com
Juan Ramirez, *appearing pro hac vice*
Email: ramirez@wtotrial.com
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
Telephone: (303) 244-1800
Facsimile: (303) 244-1879

Attorneys for Defendant FEDEX GROUND PACKAGE SYSTEM, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MICHELLE HINDS, an individual, and TYRONE POWELL, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., a Delaware corporation; and BAY RIM SERVICES, INC., a California corporation,<br><br>Defendants. | Case No. 4:18-cv-01431-JSW (AGT)<br><br>**JOINT RESPONSE TO COURT'S PRELIMINARY INSTRUCTIONS**<br><br>Action Filed: March 5, 2018<br>FAC Filed: May 10, 2018<br>Trial: October 24, 2022 |

Plaintiffs and FedEx Ground jointly respond to the Court's Preliminary Instructions to provide the requested language concerning Bay Rim in the "Claims and Defenses" instruction and to request that the Court allow the jurors to ask questions of witnesses and accordingly give the instruction regarding juror questions. The parties will also submit a word copy of the instructions discussed below.

## I.     CLAIMS AND DEFENSES

In the Court's proposed preliminary instructions on "Claims and Defenses," the Court noted to "Add Bay Rim." Plaintiffs and FedEx Ground conferred and propose the following language:

***Bay Rim denies Plaintiffs' claims. Although you will hear testimony from Bay Rim's owner, Mr. Rupesh Parikh, Bay Rim has decided not to participate in other aspects of this trial.***

The Parties also suggest a correction to indicate Plaintiffs in plural in the first sentence.

Finally, Plaintiffs request now that their waiting time claim be added to the list of claims, and FedEx Ground does not object.

With these changes, the instruction would read as follows:

**Claims and Defenses**

To help you follow the evidence, I will give you a brief summary of the positions of the parties:

The Plaintiffs assert that their former employer, Bay Rim Services, Inc., failed to pay them overtime, failed to provide meal and rest breaks, failed to provide proper wage statements, and failed to pay all wages due on termination. Plaintiffs claim that FedEx Ground was their joint employer with Bay Rim. Plaintiffs have the burden of proving these claims.

Bay Rim denies Plaintiffs' claims. Although you will hear testimony from Bay Rim's owner, Mr. Rupesh Parikh, Bay Rim has decided not to participate in other aspects of this trial.

FedEx Ground denies Plaintiffs' claims and that it was Plaintiffs' employer.  FedEx Ground also asserts that it did not have knowledge of Plaintiffs' claimed wage and hour

violations. Separately, FedEx Ground claims that it acted in good faith, precluding liability against it on several of Plaintiffs' claims. FedEx Ground has the burden of proving its good-faith defense.

## II. QUESTIONS TO WITNESSES BY JURORS

Plaintiffs and FedEx Ground jointly submitted an instruction based on the Ninth Circuit Manual of Model Civil Jury Instructions, 1.19 on "Questions to Witnesses by Jurors." That instruction was not included in the Court's preliminary instructions. Both Plaintiffs and FedEx Ground would like the jurors to be permitted to ask questions of witnesses, using a procedure specified by the Court. Accordingly, Plaintiffs and FedEx Ground are submitting the model instruction again for the Court's consideration. It reads as follows:

**Questions to Witnesses by Jurors**

When attorneys have finished their examination of a witness, you may ask questions of the witness. [*Describe procedure to be used*.] If the rules of evidence do not permit a particular question, I will advise you. After your questions, if any, the attorneys may ask additional questions.

Also, if you are unable to hear a witness or a lawyer, please raise your hand and I will correct the situation.

Respectfully submitted,

DATE: October 17, 2022    AIMAN-SMITH & MARCY

By: */s/ Joseph Clapp*
Joseph Clapp
Attorney for Plaintiffs
MICHELLE HINDS & TYRONE POWELL

DATE: October 17, 2022    WHEELER TRIGG O'DONNELL LLP

By: */s/ Jessica G. Scott*
Jessica G. Scott
Attorney for Defendant
FEDEX GROUND PACKAGE SYSTEM, INC.

**ECF ATTESTATION**

Pursuant to Civil L. R. 5-1(i) the filer attests that concurrence in the filing of this document has been obtained from each of the other signatories thereto.

Date: October 17, 2022         */s/ Jessica G. Scott*