**APPENDIX A**

# JOINT TRIAL EXHIBIT LIST (with Objections)
# Hinds et al. v. FedEx Ground Package System, Inc. et al.
# Case No. 4:18-cv-01431-JSW (AGT)

| EX. | DATE | DOCUMENT DESCRIPTION | BEGIN BATES | END BATES | OBJECTIONS | RESPONSE TO OBJECTIONS | COURT'S RULING |
|---|---|---|---|---|---|---|---|
| 1 | 05/12/14 | Bay Rim ISPA | FXG_001798 | FXG_001825 | | | |
| 2 | 02/25/16 | Bay Rim ISPA | FXG_000001 | FXG_000102 | | | |
| 3 | | ISP Transition Workbook | FXG_002441 | FXG_002505 | | | |
| 4 | | Employee Association | FXG_000103 | FXG_000103 | FedEx Ground: Rule 402; Rule 403; FedEx Ground's MIL No. 4 | Plaintiffs: Lists drivers "Disqualified by FedEx Ground." Shows control exercised by FedEx Ground | |
| 5 | | ISP Reference Guide | FXG_006167 | FXG_006300 | | | |
| 6 | 03/24/18 | MVR Annual Review | PLF 000062 | PLF 000062 | | | |
| 7 | | Hinds Payroll Journal | BAYRIM000083 | BAYRIM000095 | | | |
| 8 | | Powell Paystub 12/29/17 | PLF 000006 | PLF 000006 | | | |
| 9 | | Summary Data Excel Files | | | Fedex Ground: objects to the data sheets for drivers <u>other than Hinds and Powell</u>; Rule 402; Rule 403; FedEx Ground's MIL No. 4 | Plaintiffs have agreed that they will use only the sheets for Hinds and Powell at the jury trial; the remainder Plaintiffs intend to use in the PAGA trial to the Court. | |
| 10 | | ID Badges | PLF 000001 | PLF 000002 | | | |
| 11 | 5/12/2014 | Pick-Up and Delivery Contractor Operating Agreement | FXG_004811 | FXG_005530 | | | |
| 12 | 1/1/2014 | Independent Business Network Facts | FXG_007212 | FXG_007212 | | | |
| 13 | 5/21/2014 | Bay Rim Entity Profile | FXG_001291 | FXG_001293 | | | |
| 14 | 5/23/2014 - 12/31/2015 | Bay Rim Settlement Statements | FXG_002691 | FXG_004008 | | | |
| 15 | 8/22/2015 | Bay Rim Independent Service Provider Agreement | FXG_007324 | FXG_007447 | | | |
| 16 | 9/1/2015 | Service Provider Infographic | FXG_007222 | FXG_007222 | | | |
| 17 | 1/8/2016- 5/12/2017 | Bay Rim Settlement Statements | FXG_004009 | FXG_004797 | | | |
| 18 | 3/12/2016 | Attachment C-1 Negotiated Charges Table Independent Service Provider Agreement | FXG_000053.1 | FXG_000053.1 | | | |
| 19 | 1/1/2017 | Hinds 2017 W2 | PLF 000007 | PLF 000007 | | | |
| 20 | 1/1/2017 | Powell 2017 W2 | PLF 000005 | PLF 000005 | | | |
| 21 | 7/1/2017 | Hinds Deposition Exhibit 1 - Photo of Van | N/A | N/A | | | |
| 22 | 7/1/2017 | Hinds Deposition Exhibit 2 - Photo of Van | N/A | N/A | | | |
| 23 | 7/1/2017 | Hinds Deposition Exhibit 3 - Photo of Van | N/A | N/A | | | |
| 24 | 8/25/2017 - 2/6/2018 | Text Messages | PLF 000032 | PLF 000059 | | | |
| 25 | 12/1/2017 | Service Provider Infographic | FXG_007215 | FXG_007215 | | | |
| 26 | 3/18/2018 | State of California Notice to Employer of SDI Claim | BAYRIM000079 | BAYRIM000081 | | | |
| 27 | 3/18/2018 | Hinds Workers' Comp. Form Completed | BAYRIM000082 | BAYRIM000082 | | | |
| 28 | 1/15/2018 | Business Meeting Power Point | FXG_005532 | FXG_005550 | | | |
| 29 | 3/8/2018 | Email to Hinds Re Workers' Comp. Form with Attachment | PLF 000060 | PLF 000061 | | | |
| 30 | 4/1/2018 | Service Provider Infographic | FXG_007217 | FXG_007217 | | | |
| 31 | 5/10/2018 | Policy-007 Contractor Relations | FXG_004799 | FXG_004800 | | | |
| 32 | 6/1/2018 | Plaintiffs' Initial 26(a)(1) Disclosures | N/A | N/A | | | |
| 33 | 8/1/2018 | California Facts | FXG_007214 | FXG_007214 | | | |

| EX. | DATE | DOCUMENT DESCRIPTION | BEGIN BATES | END BATES | OBJECTIONS | RESPONSE TO OBJECTIONS | COURT'S RULING |
|---|---|---|---|---|---|---|---|
| 34 | 8/17/2018 | Bay Rim's Responses to Plaintiffs' Interrogatories | N/A | N/A | | | |
| 35 | 9/26/2018 | Bay Rim's Supplemental Responses to Plaintiffs' Interrogatories | N/A | N/A | | | |
| 36 | 11/20/2018 | Hinds Workers' Comp. Pay Statement | PLF 000063 | PLF 000063 | | | |
| 37 | 11/26/2018 | Plaintiff Hinds' Responses to FedEx's Interrogatories, Set One | N/A | N/A | | | |
| 38 | 11/26/2018 | Plaintiff Powell's Responses to FedEx's Interrogatories, Set One | N/A | N/A | | | |
| 39 | 12/11/2018 | Bay Rim's Supplemental Response to Plaintiffs' Interrogatory No. 1 | N/A | N/A | | | |
| 40 | 5/1/2019 | Service Provider Apparel Terms | FXG_006669 | FXG_006669 | | | |
| 41 | 2/1/2020 | California Facts | FXG_007213 | FXG_007213 | | | |
| 42 | 12/18/2020 | Hinds Scanner Data with Vehicle Information | FXG_007004 | FXG_007004 | | | |
| 43 | 12/18/2020 | Powell Scanner Data with Vehicle Information | FXG_007005 | FXG_007005 | | | |
| 44 | 4/1/2021 | FY22_FXG-Network-Map_final | | | | | |
| 45 | 8/1/2021 | Independent Service Providers Fact Sheet (August 2021) | | | Plaintiffs: FRE 401, 402, Surprise. This document was not produced until September 2022, and thus no discovery about this document could be taken. | FedEx Ground: Updated version of Service Provider Infographics produced in discovery and listed among exhibits above. Summarizes facts about Service Provider network in California and shows growth and success of business model over time. Helps rebut Plaintiffs' attack on the entire SP business model. FedEx Ground disclosed it more than 30 days before trial, consistent with Rule 26(a)(3)(A)(iii) and (a)(3)(B). No unfair surprise. | |
| 46 | 8/9/2022 | Google Maps - Dublin CA | | | Plaintiffs: FRE 401, 402, Surprise. This document was not produced until September 2022, and thus no discovery about this document could be taken. | FedEx Ground: Shows two of Contracted Service Areas formerly serviced by Bay Rim. Helps jurors to visualize Contracted Service Areas. Map is publicly available on Google Maps website and was equally available to Plaintiffs at all times. Plaintiffs never requested document or information in discovery. FedEx Ground disclosed it more than 30 days before trial, consistent with Rule 26(a)(3)(A)(iii) and (a)(3)(B). No unfair surprise. | |
| 47 | 8/9/2022 | FedEx Ground - Ground Service Maps - San Leandro - Postal Code 94577 | | | Plaintiffs: FRE 401, 402, Surprise. This document was not produced until September 2022, and thus no discovery about this document could be taken. | FedEx Ground: Map shows FedEx Ground's nationwide network that Bay Rim is a part of, confirming that Bay Rim's business was engaged in interstate commerce. Map also shows how network of Service Providers work with FedEx Ground to deliver nationwide service coverage, helping to rebut Plaintiffs' attack on SP business model. Map is publicly available on FedEx Ground's website and was equally available to Plaintiffs at all times. Plaintiffs never requested document or information in discovery. FedEx Ground disclosed it more than 30 days before trial, consistent with Rule 26(a)(3)(A)(iii) and (a)(3)(B). No unfair surprise. | |
| 48 | Undated | Photo of Side of Oakland Station | | | | | |
| 49 | Undated | Photo of Front of Oakland Station | | | | | |

| EX. | DATE | DOCUMENT DESCRIPTION | BEGIN BATES | END BATES | OBJECTIONS | RESPONSE TO OBJECTIONS | COURT'S RULING |
|---|---|---|---|---|---|---|---|
| 50 | 1/22/2021 | TFSC Inc. Payroll Report | FXG_007448 | FXG_007453 | | | |
| 51 | 1/22/2021 | TFSC Inc. Paystub | FXG_007454 | FXG_007454 | | | |
| 52 | 12/5/2020-12/11/2020 | TFSC Inc. Tsheets Reports | FXG_007455 | FXG_007455 | | | |
| 53 | 4/1/2021 | TFSC Inc. Benefit Summaries Small Business Private Exchange | FXG_007456 | FXG_007544 | | | |
| 54 | 7/25/2019 | TFSC Inc. Employee Handbook | FXG_007545 | FXG_007576 | | | |
| 55 | 2/23/2019-3/1/2019 | TFSC Inc. Timecards | FXG_007577 | FXG_007578 | | | |
| 56 | 1/1/2021 | Secord Enterprises, Inc. Employee Handbook | FXG_007579 | FXG_007625 | | | |
| 57 | 6/27/2020-7/3/2020 | Secord Enterprises, Inc. Exemplar Pay Period Details | FXG_007626 | FXG_007626 | | | |
| 58 | 7/10/2020 | Secord Enterprises, Inc. Exemplar Paystub | FXG_007627 | FXG_007627 | | | |
| 59 | 5/21/2019 & 11/6/2020 | Secord Enterprises, Inc. Exemplar Resignations | FXG_007628 | FXG_007629 | | | |
| 60 | 1/28/2021 | Secord Enterprises, Inc. Exemplar Job Posting | FXG_007630 | FXG_007630 | | | |
| 61 | | Alecanisa Inc. Hiring Packet | FXG_007630 | FXG_007646 | | | |
| 62 | 1/23/2021 | Alecanisa Inc. Employee Handbook | FXG_007647 | FXG_007662 | | | |
| 63 | | Alecanisa Inc.'s Safety Plan | FXG_007663 | FXG_007709 | | | |
| 64 | | Alecanisa Inc. Employee Disciplinary Action Form | FXG_007710 | FXG_007711 | | | |
| 65 | 12/5/2020-12/11/2020 | Alecanisa Inc.'s Payroll Report | FXG_007712 | FXG_007761 | | | |
| 66 | 12/18/2020 | Alecanisa Inc.'s Paystubs | FXG_007762 | FXG_007791 | | | |
| | | Any Document, Data Compilation or Tangible Thing Disclosed by Any Party | | | | | |
| | | Deposition & Hearing Transcripts (As Needed) | | | | | |
| | | Documents for Impeachment, Rebuttal, or to Lay a Foundation | | | | | |
| | | Any Document Produced Through Disclosures, During Discovery, or Used at a Hearing or in a Deposition | | | | | |
| | | Any Document Relied Upon by an Expert Witness | | | | | |
| | | Any Authority Relied Upon by Any Expert in Arriving at their Opinions in this Matter | | | | | |
| | | Any Demonstrative or Illustrative Exhibit Used by Any Expert to Assist in the Demonstration of his Opinions in this Case | | | | | |
| | | Literature (Pursuant to Fed. R. Evid. 1006) | | | | | |
| | | Discovery Responses | | | | | |
| | | Pleadings or Any Court Filing in this Case | | | | | |
| | | Demonstrative Exhibits | | | | | |
| | | The parties reserve the right to revise this list | | | | | |
| | | The parties reserve the right to supplement this list | | | | | |