# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### TRIAL MINUTES

**JUDGE**: JEFFREY S. WHITE          **COURTROOM DEPUTY**: Diyana Staples

**DATE**: October 24, 2022          **COURT REPORTER**: Pamela Hebel

                                           **COURT TIME**: 5 Hours, 19 minutes

**CASE NO.**: 18-cv-01431-JSW

**TITLE**: Michelle Hinds, et al. v. FedEx Ground Package System, Inc., et al.

**COUNSEL FOR PLAINTIFF**:          **COUNSEL FOR DEFENDANT**:
Joseph Clapp                        Jessica Scott, Michael Williams


**PROCEEDINGS**: Jury Trial - Held

The following witnesses are called by the Plaintiff: Michelle Hinds, Tyrone Powell, Randall Moser. Juror no. 8 is excused.

**Further jury trial set for October 26, 2022 at 7:30 a.m. for counsel and 8:00 a.m. for jurors.**

(SEE ATTACHED TRIAL LOG)