UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**CASE NO.**: 18-cv-01431-JSW
**TITLE**: Michelle Hinds, et al. v. FedEx Ground Package System, Inc., et al.

### TRIAL SHEET, EXHIBITS, and WITNESS LIST

| **DISTRICT JUDGE:** | **PLAINTIFF ATTORNEY:** | **DEFENSE ATTORNEY:** |
|---|---|---|
| JEFFREY S. WHITE | Joseph Clapp | Jessica Scott, Michael Williams |
| **JURY TRIAL DATE:** | **REPORTER(S);** | **CLERK:** |
| October 24, 2022 | Pamela Hebel | Diyana Staples |

| EX NO.: | TIME | ID | ADM | DESCRIPTION |
|---|---|---|---|---|
| | | | | **Monday, October 24, 2022** |
| | 7:32 a.m. | | | Court is in session. Discussion with counsel regarding housekeeping matters. |
| | 7:41 a.m. | | | Court is in recess. |
| | 7:48 a.m. | | | Court is in session. Discussion with counsel regarding housekeeping matters. |
| | 7:57 a.m. | | | Court is in recess. |
| | 8:04 a.m. | | | Court is in session. Juror #8 is questioned by the Court. |
| | 8:11 a.m. | | | The Court states Juror #8 is excused. |
| | 8:14 a.m. | | | Jury is present. |
| | 8:16 a.m. | | | Opening by plaintiff. |
| | 8:29 a.m. | | | Opening by defendant. |
| | 9:02 a.m. | | | Plaintiff calls its first witness. Michelle Hinds sworn. Direct examination of Michelle Hinds by Joseph Clapp. |
| 10 | 9:18 a.m. | X | X | ID Badges (PLF 000001 - PLF 000002) |
| 7 | 9:41 a.m. | X | X | Hinds Payroll Journal (BAYRIM000083 - BAYRIM000095) |
| | 9:44 a.m. | | | Court is in recess. |
| | 10:01 a.m. | | | Court is in session. Continued direct examination of Michelle Hinds by Joseph Clapp. |
| | 10:09 a.m. | | | Cross Examination of Michelle Hinds by Jessica Scott. |
| 19 | 10:39 a.m. | X | X | 1/1/2017 Hinds 2017 W2 (PLF 000007) |
| 24 | 10:46 a.m. | X | X | 8/25/2017 – 2/6/2018 Text Messages (PLF 000032 – PLF 000059) |
| 29 | 11:02 a.m. | X | X | 3/8/2018 Email to Hinds Re Workers' Comp. Form with Attachment (PLF 000060 - PLF 000061) |

| EX NO.: | TIME | ID | ADM | DESCRIPTION |
|---|---|---|---|---|
| | | | | **Monday, October 24, 2022** |
| 24 | 11:04 a.m. | | | Previously admitted. |
| 7 | 11:22 a.m. | | | Previously admitted. |
| | 11:30 a.m. | | | Court is in recess. |
| | 11:46 a.m. | | | Court is in session. Continued cross examination of Michelle Hinds by Jessica Scott. |
| 7 | 11:49 a.m. | | | Previously admitted. |
| 27 | 11:55 a.m. | | | 3/18/2018 Hinds Workers' Comp. Form Completed (BAYRIM000082 - BAYRIM000082) |
| | 12:03 p.m. | | | Redirect examination of Michelle Hinds by Joseph Clapp. |
| | 12:04 p.m. | | | Michelle Hinds is excused. |
| | 12:05 p.m. | | | Plaintiff calls its second witness. Tyrone Powell sworn. Direct examination of Tyrone Powell by Joseph Clapp. |
| 10 | 12:09 p.m. | | | Previously admitted. |
| 8 | 12:19 p.m. | X | X | Powell Paystub 12/29/17 (PLF 000006 - PLF 000006) |
| | 12:24 p.m. | | | Cross Examination of Tyrone Powell by Michael Williams. |
| 8 | 12:36 p.m. | | | Previously admitted. |
| 20 | 12:38 p.m. | X | X | 1/17/2017 - Powell 2017 W2 (PLF 000005 - PLF 000005) |
| | 12:56 p.m. | | | Re-direct examination of Tyrone Powell by Joseph Clapp. |
| | 12:57 p.m. | | | Tyrone Powell is excused. |
| | 12:59 p.m. | | | Plaintiff calls its third witness. Randy Moser sworn. Direct examination of Randy Moser by Joseph Clapp. |
| | 1:25 p.m. | | | Randy Moser is excused for the day. |
| | | | | Jury admonished and excused until October 25, 2022 at 8:00 a.m. |
| | 1:27 p.m. | | | Discussion with counsel regarding housekeeping matters. |
| | 1:38 p.m. | | | Court is adjourned until October 26, 2022 at 7:30 a.m. for Counsel and 8:00 a.m. for jurors |