UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTE ORDER**

**DATE**: October 25, 2022　　　　　　　　**TIME IN COURT**: 32 minutes

**JUDGE**: JEFFREY S. WHITE　　　　　　**COURT REPORTER**: Pamela Hebel

**COURTROOM DEPUTY**: Diyana Staples

**CASE NO.**: [18-cv-01431-JSW](18-cv-01431-JSW)

**TITLE**: Michelle Hinds, et al. v. FedEx Ground Package System, Inc., et al.

**COUNSEL FOR PLAINTIFF**:　　　　　**COUNSEL FOR DEFENDANT**:
Jessica Scott　　　　　　　　　　　　　Joseph Clapp

**PROCEEDINGS**: Settlement Conference

**RESULTS**: Settlement Conference, counsel only, held. Case tentatively settled. Parties expect to file a joint motion on October 25, 2022.