AIMAN-SMITH & MARCY
Joseph Clapp (SBN 99194)
jc@asmlawyers.com
7677 Oakport Street, Suite 1150
Oakland, CA 94621
Tele: (510) 590-7115/Fax: (510) 562-6830

Attorney for Plaintiffs MICHELLE HINDS & TYRONE POWELL

WHEELER TRIGG O'DONNELL LLP
Jessica G. Scott, *appearing pro hac vice*
Email: scott@wtotrial.com
Michael T. Williams, *appearing pro hac vice*
Email: williams@wtotrial.com
Juan Ramirez, *appearing pro hac vice*
Email: ramirez@wtotrial.com
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
Telephone: (303) 244-1800
Facsimile: (303) 244-1879

Attorneys for Defendant FEDEX GROUND PACKAGE SYSTEM, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MICHELLE HINDS, an individual, and TYRONE POWELL, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., a Delaware corporation; and BAY RIM SERVICES, INC., a California corporation,<br><br>Defendants. | Case No. 4:18-cv-01431-JSW (AGT)<br><br>**JOINT REQUEST FOR DISMISSAL WITHOUT PREJUDICE OF PAGA CLAIMS**<br><br>Action Filed: March 5, 2018<br>FAC Filed: May 10, 2018<br>Trial: October 24, 2022 |

The Parties hereby request that the Court dismiss without prejudice Plaintiffs' individual and representative Private Attorneys General Act of 2004, Cal. Lab. Code §§ 2698, *et seq.* ("PAGA"), claims. The Parties' counsel agree that the Court's dismissal without prejudice of the PAGA claims does not require a fairness review by the Court, and that the Court's dismissal is in compliance with applicable law.

The Parties have reached a confidential agreement on Plaintiffs' individual claims and will file a stipulation to dismiss those claims with prejudice once certain conditions are satisfied between them.

The Parties further agree that upon the Court's signing of the attached proposed order, the Court may dismiss the jurors.

Respectfully submitted,

DATE: October 25, 2022          AIMAN-SMITH & MARCY

                                By: /s/ Joseph Clapp
                                    Joseph Clapp
                                    Attorney for Plaintiffs
                                    MICHELLE HINDS & TYRONE POWELL

DATE: October 25, 2022          WHEELER TRIGG O'DONNELL LLP

                                By: /s/ Jessica G. Scott
                                    Jessica G. Scott
                                    Attorney for Defendant
                                    FEDEX GROUND PACKAGE SYSTEM, INC.

## ECF ATTESTATION

Pursuant to Civil L. R. 5-1(i) the filer attests that concurrence in the filing of this document has been obtained from each of the other signatories thereto.

Date: October 25, 2022          /s/ Jessica G. Scott