IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MICHELLE HINDS, an individual, and TYRONE POWELL, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., a Delaware corporation; and BAY RIM SERVICES, INC., a California corporation,<br><br>Defendants. | Case No. 4:18-cv-01431-JSW (AGT)<br><br>[PROPOSED] ORDER GRANTING JOINT REQUEST FOR DISMISSAL WITHOUT PREJUDICE OF PAGA CLAIMS<br><br>Action Filed: March 5, 2018<br>FAC Filed: May 10, 2018<br>Trial: October 24, 2022 |

Now before the Court for consideration is the parties' Joint Request to Dismiss Plaintiffs' individual and representative Private Attorneys General Act of 2004, Cal. Lab. Code §§ 2698, *et seq.* ("PAGA") Without Prejudice. The Court HEREBY APPROVES AND GRANTS the Joint Stipulation.

**IT IS HEREBY ORDERED** that Plaintiffs' individual and representative PAGA claims are hereby dismissed without prejudice. Each party shall be responsible for his, her, or its own attorneys' fees and costs.

**IT IS SO ORDERED**

Dated: October 25, 2022        By: _____
                                   HON. JEFFREY WHITE
                                   U.S. DISTRICT COURT, NORTHERN
                                   DISTRICT OF CALIFORNIA