# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## DOCUMENT LOCATOR

Case Number: 18-cv-01431-JSW

Date Filed: 10/24/2022

Document:

    ( ) Reporter's Transcript:

    (X) Trial Exhibits: one flash drive

    ( ) Lodged Documents:

    ( ) Sealed Documents:

    ( ) Declaration(s):

    ( ) Other:

Location:

    ( ) Expando File (Next to Case File)

    ( ) Overflow Shelf:

    (X) Vault    D-5

    ( ) Other:

Document Number: #280