AIMAN-SMITH & MARCY
Joseph Clapp (SBN 99194)
jc@asmlawyers.com
7677 Oakport Street, Suite 1150
Oakland, CA 94621
Tele: (510) 590-7115/Fax: (510) 562-6830

Attorney for Plaintiffs MICHELLE HINDS & TYRONE POWELL


Jessica G. Scott, *appearing pro hac vice*
Email: scott@wtotrial.com
Michael T. Williams, *appearing pro hac vice*
Email: williams@wtotrial.com
Juan Ramirez, *appearing pro hac vice*
Email: ramirez@wtotrial.com
WHEELER TRIGG O'DONNELL LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
Telephone: (303) 244-1800
Facsimile: (303) 244-1879

Attorneys for Defendant
FEDEX GROUND PACKAGE SYSTEM, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MICHELLE HINDS, an individual, and TYRONE POWELL, an individual,<br><br>        Plaintiffs,<br><br>   vs.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., a Delaware corporation; and BAY RIM SERVICES, INC., a California corporation,<br><br>        Defendants. | Case No. 4:18-cv-01431-JSW (AGT)<br><br>STIPULATION TO DISMISS INDIVIDUAL CLAIMS WITH PREJUDICE; PROPOSED ORDER<br><br><br>Action Filed: March 5, 2018<br>FAC Filed: May 10, 2018 |

| | |
|---|---|
| 1 | Plaintiffs Michelle Hinds and Tyrone Powell, through their counsel of record; |
| 2 | Defendant FedEx Ground Package System, Inc., through its counsel of record; and Defendant |
| 3 | Bay Rim Services, Inc., through its president, hereby stipulate as follows: |
| 4 | That all individual claims alleged by Plaintiffs Michelle Hinds and Tyrone Powell shall |
| 5 | be dismissed with prejudice, each party to bear its own costs and fees. With the Court's |
| 6 | previous order dismissing PAGA claims without prejudice (ECF No. 287), this case is now |
| 7 | concluded in full. |

Respectfully submitted,

DATE: November 29, 2022        AIMAN-SMITH & MARCY

                               By:  */s/ Joseph Clapp*
                                    Joseph Clapp
                                    Attorney for Plaintiffs
                                    MICHELLE HINDS & TYRONE POWELL

DATE: November 29, 2022        WHEELER TRIGG O'DONNELL LLP

                               By:  */s/ Jessica G. Scott*
                                    Jessica G. Scott
                                    Attorney for Defendant
                                    FEDEX GROUND PACKAGE SYSTEM, INC.

DATE: November 29, 2022        BAY RIM SERVICES, INC.

                               By:  */s/ Rupesh Parikh*
                                    Rupesh Parikh
                                    President of Bay Rim Services, Inc.

## **ECF ATTESTATION**

Pursuant to Civil L. R. 5-1(i) the filer attests that concurrence in the filing of this document has been obtained from each of the other signatories thereto.

Date: November 29, 2022                    */s/ Jessica G. Scott*

# ORDER

For good cause shown, it is hereby ordered that all individual claims alleged by Michelle Hinds and Tyrone Powell be DISMISSED WITH PREJUDICE. With the Court's previous order dismissing PAGA claims without prejudice (ECF No. 287), this case is now concluded in full and closed.

Date: _____, 2022

_____
Hon. Jeffrey S. White
United States District Court Judge