UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE HINDS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., et al.,<br><br>    Defendants. | Case No. 18-cv-01431-JSW<br><br>**ORDER REGARDING STIPULATION TO DISMISS**<br><br>Re: Dkt. No. 290 |

The Court has received the parties' stipulation to dismiss Plaintiffs' individual claims with prejudice. That stipulation is signed by the President of Defendant Bay Rim Services, Inc. Although the Bankruptcy Stay was lifted to permit the litigation to proceed against Bay Rim, it is a corporation and cannot appear without counsel. Therefore, the Court will reserve entering the stipulation and will require the parties to submit a brief that addresses the Court's authority to accept and approve the stipulation under these circumstances.

**IT IS SO ORDERED**.

Dated: December 5, 2022

_____
JEFFREY S. WHITE
United States District Judge