IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MICHELLE HINDS, an individual, and TYRONE POWELL, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., a Delaware corporation; and BAY RIM SERVICES, INC., a California corporation,<br><br>Defendants. | Case No. 4:18-cv-01431-JSW (AGT)<br><br>**ORDER** GRANTING STIPULATION TO DISMISS AND REQUIRING STATEMENT FROM PLAINTIFFS<br><br>Action Filed: March 5, 2018<br>FAC Filed: May 10, 2018<br>Trial: October 24, 2022 |

For good cause shown, it is hereby ordered that all individual claims alleged by Michelle Hinds and Tyrone Powell against FedEx Ground be DISMISSED WITH PREJUDICE. With the Court's previous order dismissing PAGA claims without prejudice (ECF No. 287), this case is now concluded in full as between Plaintiffs and FedEx Ground.

Plaintiffs shall file a statement by January 6, 2023 as to how they intend to proceed with regard to their claims against Bay Rim Services, Inc.

**IT IS SO ORDERED**

Dated: December 12, 2022         By: _/s/ Jeffrey S. White_
                                                    HON. JEFFREY WHITE
                                                    U.S. DISTRICT COURT, NORTHERN
                                                    DISTRICT OF CALIFORNIA