Joseph Clapp, Esq., SBN 99194
AIMAN-SMITH & MARCY
7677 Oakport Street, Suite 1150
Oakland, CA 94621
Telephone: (510) 590-7115/Facsimile: (510) 562-6830
Email: jc@asmlawyers.com

Ronald A. Marron, Esq.
Michael T. Houchin, Esq.
Lilach Halperin, Esq,
Kas L. Gallucci, Esq.
LAW OFFICES OF RONALD A. MARRON, APLC
651 Arroyo Drive
San Diego, CA 92103
Telephone: (619) 696-9006/Facsimile: (619) 564-6665
Email: ron@consumersadvocates.com
Email: michael@consumersadvocates.com
Email: lilach@consumersadvocates.com
Email: kas@consumersadvocates,com

Timothy D. Cohelan, Esq., SBN 60827
Isam C. Khoury, Esq., SBN 58759
J. Jason Hill, Esq., SBN 179630
COHELAN KHOURY & SINGER
605 C Street, Suite 200
San Diego, California 92101
Telephone: (619) 595-3001/Facsimile: (619) 595-3000
Email: tcohelan@ckslaw.com
Email: jkhoury@ckslaw.com
Email: jhill@ckslaw.com

Counsel for Plaintiffs and the Putative Class

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE HINDS, an individual, and TYRONE POWELL, an individual,<br><br>          Plaintiffs,<br><br>     vs.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., corporation; BAY RIM SERVICES, INC., a corporation; and Does 1 through 25, inclusive,<br><br>          Defendants. | Case No.: 4:18-cv-01431-JSW (AGT)<br><br>**Plaintiffs' Response to Order Requiring Statement re Bay Rim Services**<br><br>Judge: Honorable Jeffrey S. White<br>Department: 5<br><br>Re: Dkt. No. 293 |

In response to this Court's Order Granting Stipulation to Dismiss and Requiring Statement from Plaintiffs dated December 12, 2022 (Dkt. 293), the Plaintiffs state that they do not intend to further pursue their claims against Bay Rim Services, Inc.

Dated: January 6, 2023                                aiman-smith & marcy

/s/
_____
Joseph Clapp, Esq.
Attorneys for Plaintiffs

Plfs' Rsp. to Order re Bay Rim Services
Hinds, et al v. FedEx Ground Packaging System, et al.                Case No. 18-cv-01431-JSW
Page i