UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE HINDS, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>BAY RIM SERVICES, INC., et al.<br><br>　　　　Defendants. | Case No. 18-cv-01431-JSW<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 294 |

　　　Pursuant to Plaintiffs' statement that they do not intend to pursue their claims against Bay Rim Services, Inc., the Court dismisses this action. The Clerk shall close the file.

　　　**IT IS SO ORDERED**.

Dated: January 6, 2023

_____
JEFFREY S. WHITE
United States District Judge